IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Estrada, Gabino

Printed: 03/10/09

Case Number: 08 B 08196
Judge: Hollis, Pamela S
Filed: 4/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 26, 2009
Confirmed: June 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,645.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 472.56 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 172.44 |
| Other Funds: |  | 0.00 |
| Totals: | 2,645.00 | 2,645.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 28,244.14 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 31.92 | 120.43 |
| 5. | Peoples Energy Corp | Unsecured | 4.12 | 15.54 |
| 6. | ECast Settlement Corp | Unsecured | 35.62 | 134.36 |
| 7. | ECast Settlement Corp | Unsecured | 53.60 | 202.23 |
| 8. | Cook County Treasurer | Secured |  | No Claim Filed |
| 9. | Citibank | Unsecured |  | No Claim Filed |
| 10. | Bank Of America | Unsecured |  | No Claim Filed |
| 11. | Royal Prestige Credit | Unsecured |  | No Claim Filed |
| 12. | Hc Roya | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,369.40 | $ 2,472.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 139.05 |
| 6.6% | 33.39 |
|  | $ 172.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Estrada, Gabino | Case Number: 08 B 08196 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 4/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*